**No. 45845.**—Protests 17758–K, etc., of National Carloading Corp. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root, unground, the same as that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45846.**—Protest 27315–K of Swift & Anderson, Inc. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel the protest was sustained.